IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

R. MIKE CONLEY and wife,
CAROL B. CONLEY,

    Plaintiffs,

vs.                                      CASE NO. 3:08cv495/LAC

FLORIDA FAMILY
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER ADOPTING PROPOSED DISCOVERY PLAN**

The parties have submitted their proposed discovery plan (doc. #15) in accordance with this Court's Initial Scheduling Order, and it is hereby adopted and made the Order of the Court. All other provisions of the Initial Scheduling Order shall remain in full force and effect except as modified by the proposed discovery plan.

All discovery ends 9 December, 2009.

**ORDERED** this 15th day of June, 2009.

                                            *s/L.A. Collier*
                                          LACEY A. COLLIER
                              Senior United States District Judge